1  Raymond J. Dearie, WSBA #28792
   Attorney for Plaintiff
2  Dearie Law Group, P.S.
   2125 Fifth Avenue
3  Seattle, WA 98121
   Ph: 206-239-9920

4              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
5                      AT SPOKANE

6

7  DAVID J. GLIDDEN,

                   Plaintiffs,              NO.  CV-11-0428-LRS
8
           v.                               ORDER GRANTING PLAINTIFF'S
9                                           MOTION TO REMAND

10 CITYOF SPOKANE V ALLEY, a municipal
   corporation, AARON CHILDRESS, and JOHN
   DOES 1-100,
11                 Defendants.

12

13         THIS MATTER having come on regularly for hearing upon Plaintiff's Motion to

14 Remand, and the Court having considered the following:  Plaintiff's Motion to Remand and

15 Exhibit A attached thereto (Plaintiff's First Amended Complaint for Damages); and the

16 records and files herein, and being fully advised in the premises, it is now, therefore

17         ORDERED, ADJUDGED AND DECREED as follows:

18
           1.     Plaintiff's Motion to Remand, ECF No. 6,  is **GRANTED** and this case is to be
19
   remanded to the Superior Court for the State of Washington in and for Spokane County under
20
   cause number 11-2-04437-2.
21
           DATED this 17TH  day of January, 2012.
22

23

24                                          *s/Lonny R. Suko*

25                                   _____
                                            Lonny R. Suko
26                                     United Stated District Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO REMAND          -1-

DEARIE LAW GROUP, P.S.
2125 Fifth Avenue
Seattle, Washington 98121
Tel (206) 239-9920/Fax (206) 239-9921